UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 10-10155-GAO

SANDRA VIERA,
    Plaintiff,

v.

C&C FISHING CORP. as owners of the
F/V ILHA BRAVA,
    Defendant.

## ANSWER AND JURY CLAIM OF DEFENDANT, C&C FISHING CORP.

### FIRST DEFENSE

By way of affirmative defense the defendant states that the plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The defendant responds to the allegations contained in the plaintiff's Complaint paragraph by paragraph as follows.

### THE PARTIES

1. The defendant lacks personal knowledge to either admit or deny the allegations contained in paragraph 1 of the plaintiff's Complaint.

2. The defendant admits the allegations contained in paragraph 2 of the plaintiff's Complaint.

### JURISDICTION

3. No response required as paragraph 3 of the plaintiff's Complaint seeks a conclusion of law.

## FACTUAL ALLEGATIONS

4. Denied.

5. Denied.

## COUNT I: GENERAL MARITIME LAW (Negligence)

6. The defendant reiterates its responses 1-15 above, as if fully restated herein.

7. Denied.

8. Denied.

9. No response required as paragraph 9 makes a statement of law. To the extent a response is required, the defendant denies any negligence.

WHEREFORE: the defendant denies that the plaintiff is entitled to recover, in any amount or fashion, from the defendant.

## AFFIRMATIVE DEFENSES

### THIRD DEFENSE

By way of affirmative defense, the defendant says that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendant was not and is not legally responsible.

## FOURTH DEFENSE

By way of affirmative defense, the defendant says that if the plaintiff was injured as alleged, which the defendant denies, those injuries were the result of an act of God for which the defendant is not legally responsible.

## FIFTH DEFENSE

By way of affirmative defense, defendant states that the plaintiff's Complaint is barred for want of personal and subject matter jurisdiction.

## DEMAND FOR TRIAL BY JURY

THE DEFENDANT THEREFORE DEMANDS A TRIAL BY JURY ON ALL CLAIMS SO TRIABLE.

For the Defendant,
C&C FISHING CORP. as owners of the
F/V ILHA BRAVA
By its attorneys,

**REGAN & KIELY LLP**

/s/ Joseph A. Regan
Joseph A. Regan, Esquire (BBO #543504)
John D. Blaisdell, Esquire (BBO #652423)
88 Black Falcon Avenue, Suite 330
Boston, MA 02210
(617)723-0901 (phone)
(617)723-0977 (fax)
jar@regankiely.com
jdb@regankiely.com

DATED: 6/18/10

I hereby certify that this document has been served upon all counsel of record in compliance with the FRCP

on 6/18/10