UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA VIERA )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>C & C FISHING CORP. as owners of the )<br>F/V ILHA BRAVA )<br>    Defendant. ) | Civil Action No. 10-10155-GAO |

## STIPULATION OF DISMISSAL

It is hereby stipulated by the parties to the above-captioned matter that the Plaintiff's Complaint be dismissed with prejudice, all rights of appeal waived.

| For the Plaintiff, | For the Defendant, |
|---|---|
| **Kaplan | Bond Group** | **REGAN & KIELY LLP** |
| /s/Brian Keane | /s/Joseph A. Regan |
| Brian Keane, Esq. (BBO # 656717) | Joseph A. Regan, Esq. (BBO #543504) |
| 88 Black Falcon Ave., Suite 301 | 88 Black Falcon Ave., Suite 330 |
| Boston, MA  02210 | Boston, MA  02210 |
| (617)261-0080 | (617)723-0901 |
| bkeane@kaplanbond.com | jar@regankiely.com |

## CERTIFICATE OF SERVICE

I, Joseph A. Regan, hereby certify that the Stipulation of Dismissal filed through the ECF system, will be sent electronically to all registered participants as identified on the Notice of Electric Filing (NEF), and paper copies will be sent to those indicated as non registered participants, on January 26, 2012.

/s/Joseph A. Regan